holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50331.**—Protest 61446–K of R. U. Delapenha & Co., Inc. (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

**No. 50332.**—Protest 63354–K of Arthur H. Lee & Sons, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, JULY 5, 1945

**No. 50333.**—Protests 529745–G, etc., of General Hide & Skin Corp. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50334.**—Protest 710989–G of M. Wulfsohn & Co., Inc. (New York).

Opinion by OLIVER. P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith· the claim for free entry under paragraph 1681 was sustained.

**No. 50335.**—Protests 788434–G, etc., of M. S. & J. A. Workman, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein.   In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50336.**—Protests 801489–G, etc., of G. H. & I. Jaffe, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein.   In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50337.**—Protests 970343–G, etc., of China Man Way Fur Corp. et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein.   In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50338.**—Protests 973091–G, etc., of Nathan Berlin et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein.   In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50339.**—Protests 877081–G, etc., of J. H. Bleistein, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.